IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SHERIE JOHNSON,
an individual on behalf
of herself and all persons
similarly situated,

    Plaintiff,

v.                                                    Civil Action No. 3:22cv190

OPPORTUNITY FINANCIAL, LLC,
a limited liability company,
et al.,

    Defendants.

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED:

(1) Opportunity Financial's MOTION TO COMPEL ARBITRATION (ECF No. 17) is granted; and

(2) The case is dismissed without prejudice.

It is SO ORDERED.

                                                    /s/      *REP*
                                        Robert E. Payne
                                        Senior United States District Judge

Richmond, Virginia
Date: March 24, 2023